**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00381-CR**
_____

**KAMEEL ALI ELSALEH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the County Court at Law No. 4**
**Montgomery County, Texas**
**Trial Cause No. 22-368995**
_____

**MEMORANDUM OPINION**

Appellant Kameel Ali Elsaleh has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2(a). A request to dismiss the appeal is signed by the appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed. *See* Tex. R. App. P. 43.2(f).

1

APPEAL DISMISSED.

PER CURIAM

Submitted on January 16, 2024
Opinion Delivered January 17, 2024
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.